# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD DARNELL RAINEY JR.

NO. 2024 KW 0862

**NOVEMBER 4, 2024**

---

In Re: Ronald Darnell Rainey, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 853680.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** The office of the Clerk of Court of Terrebonne Parish has no record of a writ of habeas corpus. Accordingly, this application appears to be a writ of habeas corpus filed in this court in the first instance. Because there is no indication the writ of habeas corpus has been filed in the district court, this writ presents nothing for this court to review.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT